IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL MAISONEUVE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:10-cv-478-TMH |
| | ) | |
| | ) | |
| J.A. KELLER, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #11) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #11) of the Magistrate Judge is ADOPTED. The petition for habeas corpus relief under 28 U.S.C. § 2241 is DISMISSED without prejudice because Petitioner has failed to exhaust remedies in accordance with the procedures established by the BOP.

A separate judgment shall issue.

Done this 23rd day of September, 2010.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE